# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DANDREW SANDOVAL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00907-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 12) |

On November 5, 2024, the parties submitted a stipulated motion for an extension of time to file Plaintiff's opening brief, extending the deadline from November 6, 2024, to December 6, 2024. (ECF No. 12.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until **December 6, 2024**, to file his opening brief; and
2. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **November 5, 2024**

UNITED STATES MAGISTRATE JUDGE

1